UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Helomics Corporation**,<br><br>　　　　Plaintiff/Appellant,<br><br>　v.<br><br>**Sylvia Mathews Burwell**, in her official capacity as the Secretary of the U.S. Department of Health and Human Services, and **Novitas Solutions, Inc.**,<br><br>　　　　Defendants/Appellees. | Case 16-5069 |

## STIPULATION OF DISMISSAL

The parties stipulate that Helomics Corporation's appeal may be dismissed, Fed. R. App. P. 42(b), agreeing and representing that:

1.　The Court docketed Helomics's appeal on April 7, 2016.

2.　Helomics wishes to dismiss its appeal and Sylvia Mathews Burwell, in her official capacity as the Secretary of the U.S. Department of Health and Human Services, and Novitas Solutions, Inc., agree to the appeal's dismissal.

3.　Each party agrees to bear its own costs related to this appeal.

4. There are no outstanding fees related to this appeal.

Dated: April 11, 2016

Respectfully submitted,

/s/Joshua David Rogaczewski
Paul M. Thompson
(D.C. Cir. Bar. No. 52094)
(pthompson@mwe.com)
Joshua David Rogaczewski
(D.C. Cir. Bar No. 55424)
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001
202.756.8000
202.756.8087 fax

*Counsel to Helomics Corporation*

/s/ with consent Daniel Aguilar
Benjamin C. Mizer
   Principal Deputy Assistant Attorney
   General
Channing D. Phillips
   United States Attorney
Michael S. Raab
Daniel Aguilar
   Attorneys, Appellate Staff, Civil
   Division
U.S. Department of Justice
950 Pennsylvania Ave., Northwest
Washington, District of Columbia 20530
202.514.4053

*Counsel to Sylvia Mathews Burwell and Novitas Solutions, Inc.*

2

## PROOF OF SERVICE

I hereby certify that on April 11, 2016, I filed this **Stipulation of Dismissal** using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case.

/s/Joshua David Rogaczewski
Joshua David Rogaczewski
